JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA LAFLEUR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MADISON-MOB CENTERSTONE IV CA LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 8:15-CV-01861-AG-KES<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 01, 2016　　　　_____
　　　　　　　　　　　　　　　　HONORABLE ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　United States District Court Judge